UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No.   2:15-cr-106-FtM-38MRM

ROSE ANN LABARBERA,

    Defendant,

    and

ICMA-RC,
    Garnishee.

_____

## FINAL ORDER IN GARNISHMENT

    THIS CAUSE comes for consideration upon the United States of America's Unopposed Motion for Entry of Final Order in Garnishment (Doc. #147) filed on March 1, 2017, pursuant to 28 U.S.C. § 3205(c)(7) against Defendant Rose Ann Labarbera's IRA accounts or other retirement accounts held by ICMA-RC.  The Court, having considered the instant Unopposed Motion for Entry of Final Order in Garnishment, finds that the entry of a final order in garnishment is in all respects proper.

    Accordingly, it is now **ORDERED**, that the United States of America's Unopposed Motion for Entry of Final Order in Garnishment is GRANTED.

    It is further **ORDERED**, that Garnishee ICMA-RC shall forthwith liquidate the full, current balance of the Defendant's nonexempt interest in her IRA accounts or other retirement accounts, not to exceed $81,825.95, for application to her restitution

obligation.  The payment made to the United States pursuant to this Order shall bear the notation "Rose Ann Labarbera, 2:15-cr-106-FtM-38MRM," be made payable to "Clerk, United States District Court," and be sent to:

> Clerk, United States District Court
> ATTN:  DCU
> 401 West Central Boulevard, Suite 1200
> Orlando, Florida 32801

It is further **ORDERED** that upon payment to the United States of the proceeds of the Defendant's nonexempt interest in her IRA accounts or other retirement accounts, the Writ of Garnishment directed to ICMA-RC, shall terminate pursuant to 28 U.S.C. § 3205(c)(10).

**DONE and ORDERED** at Fort Myers, Florida, on this 2nd day of March, 2017.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:   All Parties of Record