UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:15-cr-106-FtM-38MRM

ROSE ANN LABARBERA

### **ORDER**[1]

This matter comes before the Court on Motion in Support of Early Termination of Defendant's Probation (Doc. #181) filed on June 28, 2018. Counsel moves the Court for an order permitting early termination of the Defendant's term of probation. As grounds, counsel indicates that the Defendant served 21 months of the 3 year term originally imposed and has been in compliance with all the terms and conditions imposed. Defendant has also paid her restitution in full and completed 300 hundred hours of community service. Probation officer, Melissa Rangel, has no objection to the early termination of probation. For good cause shown, the court will grant the termination of the Defendant's probation.

Accordingly, it is now

**ORDERED:**

The Motion in Support of Early Termination of Defendant's Probation (Doc. 181) is **GRANTED**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**DONE AND ORDERED** at Fort Myers, Florida, this July 2, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record